# Exhibit A

| County Court, El Paso County, Colorado<br>Court Address:<br>270 S. Tejon Street, Colorado Springs, 80903 | **COURT USE ONLY** |
|---|---|
| Plaintiff(s): John Holcomb,<br><br>v.<br><br>Defendant(s): RELX Inc. a corporation organized under the laws of<br>Massachusetts, et al. | |
| Attorney or Party Without Attorney (Name and Address):<br>John Holcomb, Plaintiff and Attorney for Plaintiff<br>6050 Stetson Hills Blvd, # 236, Colorado Springs, CO 80923<br><br>Phone Number: 719-660-2021   E-mail: jholco@gmail.com<br>FAX Number:        Atty. Reg. #: 29247 | Case Number:<br><br><br>Division        Courtroom |
| **SUMMONS** | |

**To the above named Defendant(s) RELX, Inc. and Timothy S. Hintz: Take notice that**

1. On October 20, 2021 (date) at 1:30 PM (time) in the CVL Division court room, El Paso County Court, Colorado Springs, Colorado, if an answer is not filed, the Court may be asked to enter judgment against you as set forth in the Complaint.

2. A copy of the Complaint against you and an answer form which you must use if you file an answer are attached.

3. If you do not agree with the complaint, then you must either:
   a. Go to the Court, located at 270 S. Tejon Street, Colorado Springs, Colorado, at the above date and time and file the answer stating any legal reason you have why judgment should not be entered against you, **OR**
   b. File the answer with the Court before that date and time.

4. When you file your answer, you must pay a filing fee to the Clerk of the Court.

5. If you file an answer, you must give or mail a copy to the Plaintiff(s) or the attorney who signed the complaint.

6. If you do not file an answer, then the Court may enter a default judgment against you for the relief requested in the complaint.

7. If you want a jury trial, you must ask for one in the answer and pay a jury fee in addition to the filing fee.

8. If you want to file an answer or request for a jury trial and you are indigent, you must appear at the above date and time, fill out a financial affidavit, and ask the Court to waive the fee.

☑ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.
☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

---

Dated at Colorado Springs, Colorado, this 14th day of September, 2021.

by _____
    Deputy Clerk of Court
    CLERK OF COURT

_John Holcomb_
Signature of Attorney for Plaintiff(s) (if applicable)

6050 Stetson Hills Blvd, # 236 Colo Spgs, CO 80923
Address(es) of Plaintiff(s)

719-660-2021
Telephone Number(s) of Plaintiff's:

---

This Summons is issued pursuant to Rule 303, Rules of County Court Civil Procedure, as amended.  A copy of the Complaint together with a blank answer form must be served with this Summons.  This form should not be used where service by publication is desired.

C.R.C.P. FORM 1 SC  R3-18     SUMMONS

To the clerk:  If this Summons is issued by the Clerk of the Court, the signature block for the clerk, deputy and the seal of the Court should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

**WARNING:  ALL FEES ARE NON-REFUNDABLE.  IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

COUNTY COURT, EL PASO COUNTY
COLORADO
270 S. Tejon Street
Colorado Springs, CO  80903

PLAINTIFF:  John Holcomb,

vs.

DEFENDANTS:  RELX Inc., a corporation
organized under the laws of the State of Mass-
achusetts, doing business within the State of
Colorado under the trade name of LexisNexis;
Timothy S. Hintz; JOHN DOES 1 - 2; and
JANE DOES 1-2 whose names are not known.                  Court Use Only

| | |
|---|---|
| John Holcomb, Plaintiff | Case Number: |
| 6050 Stetson Hills Blvd, # 236 | |
| Colorado Springs, CO  80923 | Division: |
| Telephone:  719-660-2021 | |
| Email:  jHolco@gmail.com | Courtroom: |
| Attorney Reg #:  29247 | |

## COMPLAINT

### I.  The Parties And Jurisdiction

1.      At all times herein mentioned, RELX, Inc. (″RELX″) was a corporation or-
ganized under the laws of the State of Massachusetts.

2.      On information and belief, RELX has a principal office street address at
230 Park Avenue, NY, NY.

3.      On information and belief, LexisNexis has a principal office street address

at 9443 Springboro Pike, Miamisburg, Ohio.

4.    On information and belief at all times herein mentioned, RELX was transacting business in El Paso County, Colorado.

5.    On information and belief at all times herein mentioned, Timothy S. Hintz was residing at 15798 Candle Creek Drive, Monument, CO  80132.

6.    On information and belief at all times herein mentioned, defendant Hintz was transacting business in El Paso County on behalf of RELX and LexisNexis as an employee, an agent, consultant, or independent contractor.

7.    At all times herein mentioned, plaintiff was a resident of El Paso County.

8.    At all times herein mentioned, plaintiff's wireless / mobile and fixed telephones were physically located in El Paso County, Colorado.

9.    Plaintiff believes that no named defendant was or is in the military.

10.    Plaintiff does not demand a jury trial.

11.    This Court has subject matter jurisdiction over all claims asserted herein and personal jurisdiction over the parties.  Venue is properly laid in this 4th Judicial District pursuant to C.R.C.P. 398(b)(1).

## II.  General Allegations

12.    The above paragraphs 1 - 11 inclusive are incorporated by reference herein.

13.    At all times herein mentioned, plaintiff was the telephone subscriber of residential telephone number 719-548-8968, with CenturyLink.  [*Plaintiff's Exh.* 1.]

14.    At all times herein mentioned, telephone number 719-548-8968 was on the no-call list created pursuant to the Colorado No Call List Act ("*the Act*")  [*Plaintiff's Exhibit* 2.]

15.    At all times herein mentioned, telephone number 719-548-8968 was on the national Federal Registry no-call list.  [*Plaintiff's Exhibit* will be an audio format.]

16.     At all times herein mentioned, plaintiff was the telephone subscriber of wireless telephone number 719-660-2021, with AT&T.

17.     At all times herein mentioned, telephone number 719-660-2021 was on the no-call list created pursuant to *the Act*. [*Plaintiff's Exhibit* 3.]

18.     At all times herein mentioned, telephone number 719-660-2021 was on the national Federal Registry no-call list. [*Plaintiff's Exhibit* will be an audio format.]

19.     On information and belief at all times herein mentioned, defendant Hintz stated that he was an "Account Executive" for LexisNexis.

20.     On information and belief at all times herein mentioned, defendant Hintz was acting within the course and scope of his employment, agency, or independent contractor status with RELX and LexisNexis.

21.     On information and belief at all times herein mentioned, defendant Hintz made telephone solicitations to plaintiff's telephone number(s) on August 13, August 19, and August 26, 2021. [*Plaintiff's Exhibits* 4, 5, 6 and 7 respectively; Photos of incoming calls information are on and will remain on plaintiff's iPhone.]

22.     The incoming telephone number and information in quotes "+1 (937) 865-7684 West Carrollton, OH" appeared on plaintiff's telephone screen when each of defendants' three telephone calls connected to plaintiff's telephone.

23.     During each of the above telephone calls made from (937) 865-7684 to plaintiff, defendant Hintz identified himself as "Tim Hintz."

24.     The above three telephone calls made to plaintiff were wrongful telephone solicitations under *the Act*, under Telephone Consumer Protection Act ("*the TCPA*") no-calls laws, and in federal regulations promulgated thereunder.

25.     At all times herein mentioned, none of defendants' telephone solicitations made to plaintiff's number(s) were made from updated "  .  .  .   copies of the Colorado no-call list, a conforming consolidated no-call list, or a list obtained from a conforming list broker . . ." as required by C.R.S. 6-1-904(4).

26.     Each of the three telephone solicitations made to plaintiff were made by, for, or on behalf of defendants, and / or by an individual who was the "  .  .  . cause to be made  .  .  .  " of each solicitation.

3

27.     Each of the three telephone solicitations made to plaintiff were made
"   .   .   .   for the purpose of encouraging the purchase or rental of, or investment
in, property, goods, or services" being marketed and / or sold by defendants.

28.     At no time did plaintiff give to any person for any defendant nor did defen-
dants have prior express invitation or permission to solicit plaintiff's telephone
number(s) after 30 days after plaintiff's last purchase, a book in July 2020.

29.     Plaintiff did not have a business relationship with RELX or LexisNexis af-
ter 30 days after plaintiff's last purchase, a book in July 2020.

30.     Defendants willfully or knowingly violated 47 U.S.C. 227(c)(5).

### III. Violations of Colorado Revised Statute 6-1-904(1)(a)

31.     The above paragraphs 1 - 30 inclusive are incorporated by reference herein.

32.     Defendants violated C.R.S. 6-1-904(1)(a) each of the three times defen-
dants called plaintiff's telephone number(s).

33.     On information and belief, there could have been a DOE defendant individ-
ual who violated C.R.S. 6-1-904(1)(a) and all of the no-call provisions thereafter if
said individual was the "cause" or a "cause" of the solicitations.

### IV. Violations of Colorado Revised Statute 6-1-904(4)

34.     The above paragraphs 1 - 33 inclusive are incorporated by reference herein.

35.     Defendants violated C.R.S. 6-1-904(4) because defendants did not update a
copy "of the Colorado no-call list, conforming consolidated no-call list, or a list
obtained from a conforming list broker" as required by *the Act*.

### V. Defendants Violated 47 U.S.C. 227(c)(5)

36.     The above paragraphs 1 - 35 inclusive are incorporated by reference herein.

37.     Because the above three telephone solicitations occurred within a "12-
month period," defendants violated 47 USC 227(c)(5).

4

WHEREFORE, plaintiff prays this Honorable Court enter judgment against defendants jointly and severally as follows:

A.   The statutory damage of $500 per each of the three solicitation violations of C.R.S. 6-1-904(1)(a) as provided by C.R.S. 6-1-113(2)(a)(II), and

B.   The statutory damage of $500 per each of the three solicitation violations of C.R.S. 6-1-904(4) as provided by C.R.S. 6-1-113(2)(a)(II), and

C.   The statutory damage of $500 per each of the three solicitation violations of 47 USC 227(c)(5), as provided by 47 USC 227(c)(5)(B), and

D.   Treble statutory damages of $1,500 per each of the three solicitation violations of 47 U.S.C. 227(c)(5) as provided by 47 USC 227(c)(5)(C), and

E.   Pre-judgment interest as allowed by law, and

F.   Post-judgment interest as allowed by law, and

G.   Reasonable attorney fees as provided by C.R.S. 6-1-113(2)(b), and

H.   Costs of this action as provided by C.R.S. 6-1-113(2)(b), and

I.   Such other and further relief as this Court deems just and appropriate.

Respectfully submitted,

John Holcomb, Plaintiff

☀️ CenturyLink·

Shop ⌄

Sign Out 🔍 ☰

**My CenturyLink**   My Bill   My Products   My Support   My Settings

719-548-8968 399 ⌄

# Good Morning John

Customer since April 2021

○

ⓘ **Important Messages Concerning Your Account**        See Details  ✕

# Billing & Payments

Current Amount Due:  $\$108^{37}$



Payment Due By:  **September 26, 2021**

Last payment of $108.37 was made on 08/24/2021



PLAINTIFF'S
EXHIBIT
2
Blumberg No. 5119

## OLORADONoCALL

**Home**

**Sign Up**

**Complaints**

**Telemarketers**

**No Call Law**

**No Call Rules**

**FAQ**

**Links**

**Privacy Policy**

**Contact Us**



## No-Call List Verification

Your phone number, (719) 548-8968 has been added to the No-Call List on January 25, 2017.. Please check the information and chart below to find out about when your telephone or fax number(s) will be included on the official Colorado No-Call List.

**(719) 548-8968 is on current Official No-Call List, 2nd Quarter 2021.**

This number was on 1st Quarter 2021 Official No-Call List.

This number was on 4th Quarter 2020 Official No-Call List.

This number was on 3rd Quarter 2020 Official No-Call List.

This number was on 2nd Quarter 2020 Official No-Call List.

This number was on 1st Quarter 2020 Official No-Call List.

This number was on 4th Quarter 2019 Official No-Call List.

This number was on 3rd Quarter 2019 Official No-Call List.

This number was on 2nd Quarter 2019 Official No-Call List.

This number was on 1st Quarter 2019 Official No-Call List.

This number was on 4th Quarter 2018 Official No-Call List.

This number was on 3rd Quarter 2018 Official No-Call List.

This number was on 2nd Quarter 2018 Official No-Call List.

This number was on 1st Quarter 2018 Official No-Call List.

This number was on 4th Quarter 2017 Official No-Call List.

This number was on 3rd Quarter 2017 Official No-Call List.

This number was on 2nd Quarter 2017 Official No-Call List.

This number was on 1st Quarter 2017 Official No-Call List.

This number was NOT on 4th Quarter 2016 Official No-Call List.

This number was NOT on 3rd Quarter 2016 Official No-Call List.

This number was NOT on 2nd Quarter 2016 Official No-Call List.

This number was NOT on 1st Quarter 2016 Official No-Call List.

This number was on 4th Quarter 2015 Official No-Call List.

This number was on 3rd Quarter 2015 Official No-Call List.

This number was on 2nd Quarter 2015 Official No-Call List.

This number was on 1st Quarter 2015 Official No-Call List.

# OLORADONOCALL

**Home**

**Sign Up**

**Complaints**

**Telemarketers**

**No Call Law**

**No Call Rules**

**FAQ**

**Links**

**Privacy Policy**

**Contact Us**





Blumberg No. 5113

PLAINTIFF'S
EXHIBIT
3

## No-Call List Verification

Your phone number, (719) 660-2021 has been added to the No-Call List on December 3, 2002.. Please check the information and chart below to find out about when your telephone or fax number(s) will be included on the official Colorado No-Call List.

**(719) 660-2021 is on current Official No-Call List, 2nd Quarter 2021.**

This number was on 1st Quarter 2021 Official No-Call List.

This number was on 4th Quarter 2020 Official No-Call List.

This number was on 3rd Quarter 2020 Official No-Call List.

This number was on 2nd Quarter 2020 Official No-Call List.

This number was on 1st Quarter 2020 Official No-Call List.

This number was on 4th Quarter 2019 Official No-Call List.

This number was on 3rd Quarter 2019 Official No-Call List.

This number was on 2nd Quarter 2019 Official No-Call List.

This number was on 1st Quarter 2019 Official No-Call List.

This number was on 4th Quarter 2018 Official No-Call List.

This number was on 3rd Quarter 2018 Official No-Call List.

This number was on 2nd Quarter 2018 Official No-Call List.

This number was on 1st Quarter 2018 Official No-Call List.

This number was on 4th Quarter 2017 Official No-Call List.

This number was on 3rd Quarter 2017 Official No-Call List.

This number was on 2nd Quarter 2017 Official No-Call List.

This number was on 1st Quarter 2017 Official No-Call List.

This number was on 4th Quarter 2016 Official No-Call List.

This number was on 3rd Quarter 2016 Official No-Call List.

This number was on 2nd Quarter 2016 Official No-Call List.

This number was on 1st Quarter 2016 Official No-Call List.

This number was on 4th Quarter 2015 Official No-Call List.

This number was on 3rd Quarter 2015 Official No-Call List.

This number was on 2nd Quarter 2015 Official No-Call List.

This number was on 1st Quarter 2015 Official No-Call List.

# 865-7684

# West Carrollton, OH

PLAINTIFF'S EXHIBIT

Blumberg No. 5113

# 8/13/21

# 00:35

---

# Ent / Elan

ⓘ

# work

# 8/13/21

865-7684

West Carrollton, OH

8/26/21

00:21

PLAINTIFF'S
EXHIBIT

Blumberg No. 5113

---

# Art Frame Approach

work

8/26/21

# +1 (937) 865-7684

# West Carrollton, OH



PLAINTIFF'S
EXHIBIT
7

💬 message

📞 call

COUNTY COURT, EL PASO COUNTY
COLORADO
270 S. Tejon Street
Colorado Springs, CO  80903

PLAINTIFF:  John Holcomb,

vs.

DEFENDANTS:  RELX Inc., a corporation
organized under the laws of the State of Mass-
achusetts, doing business within the State of
Colorado under the trade name of LexisNexis;
Timothy S. Hintz; JOHN DOES 1 - 2; and
JANE DOES 1-2 whose names are not known.                    Court Use Only

| | |
|---|---|
| John Holcomb, Plaintiff | Case Number: |
| 6050 Stetson Hills Blvd, # 236 | |
| Colorado Springs, CO  80923 | Division: |
| Telephone:  719-660-2021 | |
| Email:  jHolco@gmail.com | Courtroom: |
| Attorney Reg #:  29247 | |

## VERIFICATION OF COMPLAINT

I, John Holcomb, do hereby state that the facts and statements asserted
in the Complaint and on Plaintiff's Exhibits are true and correct to the best
of my personal knowledge.

*John Holcomb*

John Holcomb

STATE OF COLORADO)
                                    )
COUNTY OF EL PASO )


      Subscribed and affirmed, or sworn to before me in the County of El
Paso, State of Colorado this 14th day of September, 2021 by John Holcomb.

```
TAMMY RENEE GALLEGOS
      NOTARY PUBLIC
   STATE OF COLORADO
  NOTARY ID 20194029521
MY COMMISSION EXPIRES AUGUST 5, 2023
```

Notary Public

Witness my hand and official seal
My Commission Expires - August 5, 2023

2

| | |
|---|---|
| County Court _____ County, Colorado<br>Court Address:<br><br>_____<br><br>Plaintiff(s):<br><br>v.<br><br>Defendant(s): | |
| | **COURT USE ONLY** |
| Attorney or Party Without Attorney (Name and Address):<br><br><br>Phone Number:            E-mail:<br>FAX Number:             Atty. Reg. #: | Case Number:<br><br><br><br>Division          Courtroom |

### ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE
### (including counterclaim(s) and/or cross claim(s))

The Defendant(s) _____(name), answer(s) the complaint as follows:

1.  The amount of damages claimed to be due to the Plaintiff(s) by the complaint in this action is not due and owing for the following reasons:

    _____

    _____

    _____

    **OR**

    the Plaintiff(s) is/are not entitled to possession of the property and Defendant(s) is/are entitled to retain possession for the following reasons:

    _____

    _____

    _____

    **OR**

    the injunctive relief requested by the Plaintiff(s) should not be allowed for the following reasons:

    _____

    _____

    _____

2. ☐(If applicable) the Defendant(s), _____, assert(s) the following counterclaim(s) or setoff(s) against the Plaintiff(s)

    _____

    _____

    _____

3. ☐(If applicable) the Defendant(s) _____, assert(s) the following cross claim(s) against _____, named Defendant(s) (you are limited to the jurisdiction of the court):

_____
_____
_____

4. If a counterclaim is asserted above, you must check one of the following statements:
☐The amount of the counterclaim **does not** exceed the jurisdiction of the court (County Court filing fee required).
☐The amount of the counterclaim **does** exceed the jurisdiction of the court, but I wish to limit my recovery to the jurisdiction of the court (County Court filing fee required).
☐The amount of the counterclaim **does** exceed the jurisdiction of the court, and I wish the case transferred to the District Court (District Court filing fee required)

5. The Defendant(s):
☐Request(s) a trial to the court.
☐Request(s) a jury trial.  By requesting a jury trial, the Defendant(s) understand(s) that a jury fee must be paid unless the fee is waived by the Court.

**WARNING:  ALL FEES ARE NON-REFUNDABLE.  IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note:  All Defendants filing this answer must sign unless the answer is signed by an attorney.

## VERIFICATION

**I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.**

Executed on the _____ day of _____, _____, at _____
          (date)        (month)      (year)     (city or other location, and state OR country)

_____      _____
(Printed name of Defendant(s))                 Signature of Defendant(s)

_____
Signature of Attorney for Defendant(s) (if applicable)

Address(es) of Defendant(s): _____

Phone Number(s) of Defendant(s): _____

## CERTIFICATE OF SERVICE

I certify that on _____ (date) a true and accurate copy of this *ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE* was served on _____the other party(s) or attorney(s) by:

☐Hand Delivery ☐E-filed ☐Faxed to this number _____ or ☐by placing it in the United States mail, postage pre-paid, and addressed to the following:

_____
_____
_____

_____
Defendant(s) or Attorney for Defendant(s) Signature

### COLLECTIONS ADVISEMENT

# PLEASE READ CAREFULLY-YOU WILL NOT APPEAR IN COURT IN PERSON

**TO ALL DEFENDANTS:** You have been served with paperwork because someone is trying to collect money from you. This document describes your options. You will have to choose one of the options. The paperwork you received provides you with a date to appear in Court. **YOU WILL NOT APPEAR IN COURT IN PERSON EVEN THOUGH THE SUMMONS YOU WERE SERVED WITH SAYS TO APPEAR.** Instead, you will choose one of the options below. The date to appear on your paperwork is the date by which you must exercise one of the options.

**Option # 1 REACH AN AGREEMENT (you may choose this option if you agree you owe the money claimed):**

The first option is that you can contact the plaintiff (who is the person or entity trying to collect money from you) to try to reach a settlement/payment agreement. The Contact information for the plaintiff is listed on the upper left-hand side of the first page of the Summons and Complaint you were served with. If an agreement is reached, it will be put in writing and become a court order (a "Stipulation"). It will be your responsibility to make sure you understand any agreement reached. If you agree to make payments, it will be your responsibility to make the payments on time and without demand. **If you and the plaintiff choose to reach an agreement, the agreement must be signed by you and filed by the plaintiff with the Court on or before the date listed on the Summons you were served with. If it is not, then the Court will assume you have selected the option below to do nothing. YOU ARE NOT REQUIRED TO EXECUTE A PAYMENT AGREEMENT.**

**Option # 2 FILE AN ANSWER (you may choose this option if you dispute that you owe the money claimed):**

The second option is you may file an Answer to the Complaint that was filed against you. If you dispute that you owe the amount claimed or disagree with the amount claimed, filing an Answer is necessary to dispute the debt. Filing an Answer is how you tell the Court you want the facts and the evidence to be heard by a judicial officer at trial. If you wish to file an Answer, you must file the Answer on or before the date listed on the Summons you were served with. If you do not file an Answer by that date, you will have no further opportunity to do so. There is a fee to file an Answer. If you cannot afford the fee, the Clerk's Office can waive the fee if you qualify. **YOU HAVE AN ABSOLUTE RIGHT TO FILE AN ANSWER.**

**To file an Answer:** Complete the form Answer you were served with. You may file your answer via U.S. mail addressed to the Clerk of Court at 270 S. Tejon St., Colorado Springs, CO 80903 or in-person in the Clerk's office located in Room S101 of the courthouse. Please include with your Answer either the filing fee in the form of a check or money order payable to the Clerk of Court or attached fee waiver application. If you are requesting a fee waiver, you will have to submit the paperwork and supporting documentation for the fee waiver and you will be notified by mail if you qualify or are denied. If denied, you will receive documentation requesting payment of the filing fee.

### *PLEASE BE CERTAIN TO INCLUDE A TELEPHONE NUMBER AND E-MAIL ADDRESS ON YOUR ANSWER*

**Option # 3 DO NOTHING:** Your third option is to do nothing. Should you choose that option, the plaintiff may request that the Court enter a money judgment against you for the amount listed in the Complaint you were served with, along with attorney's fees (if any) and costs of court. In other words, if you do nothing, a money judgment may enter against you by default. Money judgments are public record. Once a money judgment is entered, the plaintiff will likely take steps to collect the amount of the judgment, which may include wage garnishments or bank account garnishments or other legal remedies.

**IF YOU CANNOT READ OR SPEAK ENGLISH, PLEASE CONTACT THE COURT AT D04_Courts_DivCVL@judicial.state.co.us OR call (719) 452-5000.**

**SI NO PUEDE LEER O HABLAR INGLES POR FAVOR PONERSE EN CONTACTO CON EL CORTE EN D04_Courts_DivCVL@judicial.state.co.us O LLAMAR (719) 452-5000.**

**만약    당신이만약    당신이만약    당신이영어를    사용하다문의하시기    바랍니다법원법원**

**D04_Courts_DivCVL@judicial.state.co.us 또는 전화 (719) 452-5000.**

**rú guǒ nín bù néng yuè dú huò shuō huà qǐng shuō yīng yǔ qǐng tōng guò yǐ xià fāng shì yǔ fǎ yuàn lián xì D04_Courts_DivCVL@judicial.state.co.us huò zhì diàn (719) 452-5000.**

So ordered.
Andrea Paprzycki
Magistrate

COUNTY COURT, EL PASO COUNTY
COLORADO
270 S. Tejon Street
Colorado Springs, CO  80903

PLAINTIFF:  John Holcomb,

vs.

DEFENDANTS:  RELX Inc., a corporation
organized under the laws of the State of Mass-
achusetts, doing business within the State of
Colorado under the trade name of LexisNexis;
Timothy S. Hintz; JOHN DOES 1 - 2; and
JANE DOES 1-2 whose names are not known.          Court Use Only

| | |
|---|---|
| John Holcomb, Plaintiff and Attorney for Plaintiff | Case Number: |
| 6050 Stetson Hills Blvd, # 236 | |
| Colorado Springs, CO  80923 | Division: |
| Telephone:  719-660-2021 | |
| Email:  jHolco@gmail.com | Courtroom: |
| Attorney Reg #:  29247 | |

## AFFIDAVIT OF SERVICE

I, K. McGuire, hereby state that on September 14, 2021 I served on RELX Inc. via
the U. S. Postal Service with delivery confirmation addressed to CT Corporation at
7700 E. Arapahoe Road, # 220, Centennial, CO 80112 a copy of signed Summons,
signed Complaint, Plaintiff's Exhibits 1-7, signed Verification, blank Answer form
CRCCP NO. 3 SC  R3/18, and the two-page Collections Return Date Advisement
("COLLECTIONS ADVISEMENT").

K. McGuire

STATE OF COLORADO)
)
COUNTY OF EL PASO )


      Subscribed and affirmed, or sworn to before me in the County of El Paso, State of Colorado this 14th day of September, 2021 by K. McGuire.


_____

                Notary Public

Witness my hand and official seal
My Commission Expires

2